# EXHIBIT 4

## Fink, Elliot R.

| | |
|---|---|
| **From:** | Melinda Morisset <Melinda@markolaw.com> |
| **Sent:** | Wednesday, June 9, 2021 8:39 AM |
| **To:** | Fink, Elliot R. |
| **Cc:** | Kalis, Sara; Jon Marko |
| **Subject:** | [EXT] Shalhoub v A2MAC1, et al |
| **Attachments:** | FIRST AMENDED COMPLAINT FILED 6-7-21.pdf |

Good morning,

Please find attached Plaintiff's First Amended Complaint filed June 7, 2021.

Thank you.



Melinda S. Morisset
Paralegal to Jonathan Marko
**MARKO LAW, PLLC**
1300 Broadway Street
Fifth Floor
Detroit, MI 48226
www.markolaw.com
Phone: (313) 777-7LAW
Direct:  (313) 879-5787
Fax: (313)771-5785
Email: melinda@markolaw.com

---

**From:** Jon Marko <jon@markolaw.com>
**Sent:** Monday, June 7, 2021 12:08 PM
**To:** Fink, Elliot R. <elliotfink@paulhastings.com>
**Cc:** Kalis, Sara <sarakalis@paulhastings.com>; Melinda Morisset <Melinda@markolaw.com>
**Subject:** Re: A2Mac1 Response to R. Shalhoub's Demand Letter

Elliot / Sara:

REDACTED

I hereby serve on you the complaint and summons as of today's date.  If A2Mac1 wants to get serious about settlement discussions, call me or we can go see a mediator.  Otherwise, we will see you in court.

1



Jon Marko

**MARKO LAW, PLLC**

1300 Broadway Street

Fifth Floor

Detroit, MI 48226

www.markolaw.com
Direct: (313) 918-1226
Main: (313) 777-7LAW
Toll Free: (833) MARKOLAW
Fax: (313)771-5785
Email: jon@markolaw.com

This electronic message transmission contains information from the law firm Marko Law, PLLC that we consider to be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (313-777-7529).Thank you.

---

**From:** Fink, Elliot R. <elliotfink@paulhastings.com>
**Sent:** Friday, June 4, 2021 3:33 PM
**To:** Jon Marko <jon@markolaw.com>
**Cc:** Kalis, Sara <sarakalis@paulhastings.com>; Melinda Morisset <Melinda@markolaw.com>
**Subject:** A2Mac1 Response to R. Shalhoub's Demand Letter

Dear Mr. Marko,

Please see the attached.

Thanks,
Elliot R. Fink

 **Elliot R. Fink | Associate**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6710 | N

+1.212.318.6000 | Fax: +1.212.319.4090 | elliotfink@paulhastings.com | www.paulhastings.com

*****************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.